# Court of Appeals
# of the State of Georgia

ATLANTA, March 20, 2018

*The Court of Appeals hereby passes the following order*

**A18I0140. RAYMOND F. SCHINAZI et al. v. CAROL LYNN EDEN, AS TRUSTEE OF THE 2005 SCHINAZI GST GRANTOR TRUST U/A/D AUGUST 23, 2005.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2012CV224395



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, March 20, 2018.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.